KATHLEEN E. HILL v. BOARD OF EDUCATION OF THE
TOWNSHIP OF MIDDLETOWN, NEW JERSEY.

June 8, 1982.

Petition for certification denied.   (See 183 *N.J.Super.* 36)

STATE OF NEW JERSEY v. RONALD GAUDIOSI.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS SAROK.

June 8, 1982.

Petition for certification denied.